**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VIRGIN GALACTIC HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:22-cv-00933-OEM-LKE |

**PLAINTIFFS' MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, plaintiffs Thomas Spiteri, Lisa Grenier, Cody Laidlaw, and Samhita Gera (together, the "Demand Futile Plaintiffs") on behalf of Virgin Galactic Holdings, Inc. ("Virgin Galactic" or the "Company"), respectfully move this Court for preliminary approval of the proposed settlement of this stockholder derivative action, as set forth in the Stipulation and Agreement of Settlement ("Stipulation") dated April 23, 2026 and filed as Exhibit 1 to the Joint Declaration of Thomas J. McKenna and Timothy Brown in Support of this Motion ("Joint Decl."), filed herewith. Demand Futile Plaintiffs have contemporaneously filed a Memorandum of Law in addition to the Declaration with exhibits in support of this Motion.

Demand Futile Plaintiffs and Defendants'[1] agreed-upon form of the Preliminary Approval Order is attached as Exhibit B to the Stipulation and submitted herewith for the Court's convenience. Demand Futile Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order, which: (i) grants preliminary approval of the proposed Settlement; (ii) directs that notice of the proposed Settlement be given to Current Virgin Galactic Stockholders in the proposed form and manner outlined in the Stipulation; and (iii) schedules a hearing before the Court to determine whether the proposed Settlement should be finally approved.

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation.

Dated: April 23, 2026

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Demand Futile Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-8209
Email: peretz@bgandg.com

*Counsel for Plaintiff Gera*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Richard A. Speirs
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Email: rspeirs@cohenmilstein.com

*Counsel for Plaintiff Laidlaw*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served upon

opposing counsel, via the Court's CM/ECF e-mail notification system, on April 23, 2026

*/s/ Thomas J. McKenna*
Thomas J. McKenna