UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE VIRGIN GALACTIC HOLDINGS, INC.
DERIVATIVE LITIGATION

**PRELIMINARY APPROVAL ORDER**
22-CV-00933 (OEM) (LKE)

----------------------------------------------------------x

ORELIA E. MERCHANT, United States District Judge:

Plaintiffs Thomas Spiteri, Lisa Grenier, Cody Laidlaw, and Samhita Gera (together, the "Demand Futile Plaintiffs") in the above-captioned consolidated stockholder derivative action (the "Demand Futile Action") pending in the United States District Court for the Eastern District of New York (the "Court") have made an unopposed motion, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed settlement (the "Settlement") of stockholder derivative claims brought on behalf of Virgin Galactic Holdings, Inc. ("Virgin Galactic" or the "Company"), in accordance with the Stipulation and Agreement of Settlement dated April 23, 2026 (the "Stipulation"); (ii) approving the form and manner of the Notice of the Settlement to Virgin Galactic stockholders; and (iii) setting a date for the Settlement Hearing.[1]

WHEREAS, the Stipulation sets forth the terms and conditions for the Settlement, including, but not limited to, a proposed settlement and resolution of the following stockholder derivative matters with prejudice: (i) the above-captioned consolidated stockholder derivative action, titled *In re Virgin Galactic Holdings, Inc. Derivative Litigation*, 22-cv-00933-OEM-LKE (E.D.N.Y.); and (ii) *St. Jean v. Branson, et al.*, 22-cv-07551-LDH-SDE (E.D.N.Y.) (the "Demand Refused Action" and, together with the Demand Futile Action, the "Derivative Actions");

WHEREAS, the Court has: (i) read and considered Demand Futile Plaintiffs' Motion for

---

[1] Except as otherwise expressly provided below or as the context otherwise requires, all capitalized terms contained herein shall have the same meanings and/or definitions as set forth in the Stipulation and Agreement of Settlement at 2-30, Dkt. 58-1 ("Stipulation").

Preliminary Approval of Settlement, Dkt. 56 ("Motion"), together with the accompanying Memorandum in Support, Dkt. 57; and (ii) read and considered the Stipulation, as well as all the exhibits attached thereto;

WHEREAS, the Court finds, upon a preliminary evaluation, that the proposed Settlement falls within the range of possible approval criteria, as it provides a beneficial result for Virgin Galactic and appears to be the product of serious, informed, non-collusive negotiations overseen by an experienced mediator; and

WHEREAS, the Court also finds, upon a preliminary evaluation, that Virgin Galactic stockholders should be apprised of the Settlement through the proposed form and means of notice, which constitutes the best notice practicable under the circumstances and complies fully with the requirements of Fed. R. Civ. P. 23.1 and due process, and should be allowed an opportunity to file objections, if any, thereto, and appear at the Settlement Hearing.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.      This Court, for purposes of this Preliminary Approval Order, adopts the definitions set forth in the Stipulation.

2.      This Court preliminarily approves, subject to further consideration at the Settlement Hearing described below, the Settlement as set forth in the Stipulation as being fair, reasonable, and adequate.

3.      The Court finds that the form, substance, and dissemination of information regarding the proposed Settlement in the manner set out in this Preliminary Approval Order constitutes the best notice practicable under the circumstances and complies fully with Rule 23.1 of the Federal Rules of Civil Procedure and due process.

4.    By May 29, 2026, Virgin Galactic shall: (i) post a copy of the Notice and the Stipulation and exhibits thereto on the Investor Relations page of the Company's website; (ii) publish the Summary Notice in a press release in *Business Wire*; and (iii) file with the SEC the Notice and Stipulation and exhibits thereto as exhibits to a Current Report filed on Form 8-K. The Notice shall provide a link to the Investor Relations page on Virgin Galactic's website where the Notice and Stipulation and exhibits thereto may be viewed, which page will be maintained through the date of the Settlement Hearing. The Parties believe the form and manner of the notice procedures set forth in this paragraph constitute adequate and reasonable notice to Virgin Galactic stockholders pursuant to applicable law and due process. Defendants shall be solely responsible for paying the costs and expenses related to providing notice of the Settlement set forth in this paragraph or as otherwise required by the Court.

5.    By June 9, 2026, Defendants' Counsel shall file with the Court an appropriate affidavit or declaration with respect to the filing, posting, and publication of the notice of the Settlement as provided for in paragraph 4 of this Preliminary Approval Order.

6.    All Virgin Galactic stockholders shall be subject to and bound by the provisions of the Stipulation and the releases contained therein, and by all orders, determinations, and judgments in the Demand Futile Action concerning the Settlement, whether favorable or unfavorable to Current Virgin Galactic Stockholders.

7.    Pending the Court's determination as to final approval of the Settlement, the Plaintiffs and all other Virgin Galactic stockholders are barred and enjoined from commencing, prosecuting, instigating, continuing, or in any way participating in the commencement, prosecution, instigation, or continuation, of any new or currently pending action(s) asserting any Plaintiffs' Released Claims against any of the Defendants' Released Persons.

8.    In the event that the Settlement is terminated pursuant to the terms of the Stipulation, then (i) the Settlement and the Stipulation (other than paragraphs 4.3, 6.3, and 7.18 thereof) shall be canceled and terminated; and (ii) this order and any related orders entered by the Court shall in all events be treated as vacated, *nunc pro tunc.*

9.    Any stockholder of Virgin Galactic common stock may appear and show cause if he, she, or it has any reason why the Settlement embodied in the Stipulation should not be approved as fair, reasonable, and adequate, or why a judgment should or should not be entered hereon, or the Fee and Expense Amount or Service Awards should not be awarded. However, no Virgin Galactic stockholder shall be heard or entitled to contest the approval of the Settlement, or, if approved, the Judgment to be entered thereon, unless that Virgin Galactic stockholder has caused to be filed, and served on counsel as noted below: (i) a written notice of objection with the case name and number (*In re Virgin Galactic Holdings, Inc. Derivative Litigation*, Lead Case No. 1:22-cv-00933-OEM-LKE (E.D.N.Y.)); (ii) the Person's name, legal address, and telephone number; (iii) notice of whether such Person intends to appear at the Settlement Hearing and the reasons such Person desires to appear and be heard, and whether such Person is represented by counsel and if so, contact information for counsel; (iv) competent evidence that such Person held shares of Virgin Galactic common stock as of the date of the Stipulation and continues to hold such stock as of the date the objection is made, including the date(s) such shares were acquired; (v) a statement of objections to any matters before the Court, the grounds therefor, as well as all documents or writings such Person desires the Court to consider; and (vi) the identities of any witnesses such Person plans on calling at the Settlement Hearing, along with a summary description of their expected testimony.

10.    By July 7, 2026, any such person must file the written objection(s) and

corresponding materials with the Clerk of the Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 and serve such materials by that date, on each of the following Parties' counsel:

*Counsel for Plaintiffs*
**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Defendants:*
**LATHAM & WATKINS LLP**
Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Emali: kristin.murphy@lw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
260 Madison Avenue, 22nd Floor New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com

11. Only stockholders who have filed with the Court and sent to the Parties' counsel valid and timely written notices of objection and notices of appearance will be entitled to be heard at the hearing unless the Court orders otherwise.

12. Any Person or entity who fails to appear or object in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement and to the Fee and Expense Amount and Service Awards unless otherwise ordered by the Court, but shall be forever bound by the Judgment to be entered and the releases to be given as set forth in the Stipulation.

13. The Demand Futile Plaintiffs shall file their motion for final approval of the Settlement by June 30, 2026. If there is any objection to the Settlement, the Demand Futile Plaintiffs shall file a response to the objection(s) by July 21, 2026.

14. All proceedings in the Demand Futile Action are stayed until further order of the Court, except as may be necessary to implement the Settlement or comply with the terms of the

Stipulation and this Preliminary Approval Order.

15. This Court may, for good cause, extend any of the deadlines set forth in this Preliminary Approval Order without further notice to Virgin Galactic stockholders.

16. Neither the Stipulation, nor any of its terms or provisions, nor entry of the Judgment, nor any document or exhibit referred or attached to the Stipulation, nor any action taken to carry out the Stipulation, is, may be construed as, or may be used as evidence of the validity of any of the claims released herein or an admission by or against the Individual Defendants of any fault, wrongdoing, or concession of liability whatsoever.

17. The Court may, in its discretion, change the date and/or time of the Settlement Hearing without further notice to Virgin Galactic stockholders. Any Current Virgin Galactic Stockholder (or his, her or its counsel) who wishes to appear at the Settlement Hearing should consult the Court's calendar or the Investor Relations page of Virgin Galactic's website for any change in the date and/or time of the Settlement Hearing. The Court may approve the Settlement and any of its terms, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to Virgin Galactic stockholders. The Court retains jurisdiction to consider all further applications arising out of or connected with the Settlement.

SO ORDERED.

<u>  /s/ Orelia E. Merchant  </u>
ORELIA E. MERCHANT
United States District Judge

May 19, 2026
Brooklyn, New York