**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VIRGIN GALACTIC HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:22-cv-00933-OEM-LKE |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT,**
**FEE AND EXPENSE AMOUNT, AND SERVICE AWARDS**

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, plaintiffs Thomas Spiteri, Lisa Grenier, Cody Laidlaw, and Samhita Gera (together, the "Demand Futile Plaintiffs") on behalf of Virgin Galactic Holdings, Inc. ("Virgin Galactic" or the "Company"), respectfully move this Court for final approval of the Settlement, Fee and Expense Amount, and Service Award, as contemplated by the Stipulation and Agreement of Settlement. ECF No. 58-1 (the "Stipulation" or "Stip.").[1] Demand Futile Plaintiffs have contemporaneously filed a Memorandum of Law in addition to the Joint Declaration of Thomas J. McKenna and Timothy Brown with exhibits in support of this Motion.

Demand Futile Plaintiffs respectfully request that the Court enter the Parties' agreed-upon form of the [Proposed] Order and Final Judgment, attached as Exhibit D to the Stipulation and submitted herewith for the Court's convenience, which: (i) grants final approval of the proposed Settlement; (ii) approves the agreed-upon Fee and Expense Amount; and (iii) approves the Service Awards to Demand Futile Plaintiffs as well as plaintiff Catherine St. Jean in the related case, captioned *St. Jean v. Branson, et al.*, Case No. 1:22-cv-07551-LDH-SDE (E.D.N.Y.).

---

[1]     Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation.

1

Dated: June 30, 2026

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
Christopher M. Brain
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: cbrain@gme-law.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Demand Futile Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-8209
Email: peretz@bgandg.com

*Counsel for Plaintiff Gera*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Richard A. Speirs
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Email: rspeirs@cohenmilstein.com

*Counsel for Plaintiff Laidlaw*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon opposing counsel, via the Court's CM/ECF e-mail notification system, on June 30, 2026.

*/s/ Thomas J. McKenna*
Thomas J. McKenna